IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENISE SWINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 994 |
| | ) | |
| CITY OF WAUKEGAN, a municpal corporation and OFFICER HAYNES #704, | ) ) | Judge Joan Gottschall |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on March 5, 2008, I electronically filed the Appearance of the Defendant City of Waukegan, a municipal corporation with the Clerk of Court usinf the CM/ECF system which will send notification to the following:

    Benjamin E. Starks   starksboyd@sbcglobal.net


            Respectfully submitted,


            By:  s/ Daniel P. Field

Daniel P. Field
SCARIANO, HIMES AND PETRARCA
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield1@gmail.com