# AFFIDAVIT OF SERVICE

CASE NUMBER: 08C994    DOCKET NUMBER: 08F1002631    DEPUTY: 463
TITLE: SWINNEY VS CITY OF WAUKEGAN
CASE DATE: 02/18/08    EXPIRES: 03/15/08    TIME: 10:47
DEFENDANT:
NAME:   CITY OF   WAUKEGAN              ADDRESS: 420    ROBERT V. SABONJIAN
                                                 WAUKEGAN

---

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: 02-21-08    TIME SERVED: 9:30 (AM)/PM

____ PERSONAL SERVICE

____ SUBSTITUTED SERVICE: BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS AND COMPLAINT, I, OR SOME OTHER AUTHORIZED PERSON, SENT A COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____    RELATION: _____

X  SERVICE ON: CORPORATION ___ COMPANY ___ BUSINESS X PARTNERSHIP ___
   LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___,
   AUTHORIZED PERSON X, PARTNER ___, OR OTHER ___.

NAME: WYANE MOTLEY
ADDRESS SERVED (IF DIFFERENT THAN ABOVE):

STREET: _____    CITY-STATE-ZIP: _____

PERSONAL INFORMATION: SEX: M    RACE: W    AGE: 55    EYES: ___
HAIR: ___    HEIGHT: ___    WEIGHT: ___    EMPLOYER: ___

---

NOT SERVED:    DATE ___/___/___

____ 02 RETURNED NOT FOUND MOVED        ____ 07 RNF NEVER HOME
____ 03 RNF NOT AT GIVEN ADDRESS        ____ 08 RNF DEFENDANT DECEASED
____ 04 RNF NO LONGER EMPLOYED          ____ 09 RNF OTHER
____ 05 RNF REFUSED TO OPEN DOOR        ____ 10 ACTION SCHEDULED
____ 06 RNF COURT DATE RAN OUT          ____ OTHER

---

ATTEMPTS:
1) DATE: _____  TIME: _____  NOTES: _____
2) DATE: _____  TIME: _____  NOTES: _____
3) DATE: _____  TIME: _____  NOTES: _____
4) DATE: _____  TIME: _____  NOTES: _____

---

COMMENTS:

                                             MARK C. CURRAN, JR.
                                             SHERIFF OF LAKE COUNTY

                                             BY DEPUTY: _____ 463

---

NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES: