# AFFIDAVIT OF SERVICE

CASE NUMBER: 08C994        DOCKET NUMBER: 08F1003414    DEPUTY: *465*
TITLE: SWINNEY VS CITY OF WAUKEGAN
CASE DATE: 02/18/08        EXPIRES: 03/15/08        TIME: 15:15
DEFENDANT:
NAME:   HAYNES       DELATWAN                 ADDRESS: 2001  W EAGLE RIDGE DR
                                                      #204
                                                      WAUKEGAN

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: _____-_____-_____        TIME SERVED: _____:_____ AM/PM

_____    PERSONAL SERVICE

_____    SUBSTITUTED SERVICE:  BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF
         ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE
         AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF
         THE SUMMONS AND COMPLAINT, I, OR SOME OTHER AUTHORIZED PERSON, SENT A
         COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID,
         ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____    RELATION: _____
_____    SERVICE ON: CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
         LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___,
         AUTHORIZED PERSON _____, PARTNER ____, OR OTHER _____.

NAME: _____
ADDRESS SERVED (IF DIFFERENT THAN ABOVE):

STREET: _____    CITY-STATE-ZIP: _____

PERSONAL INFORMATION:   SEX:        RACE:        AGE:        EYES:
HAIR:      HEIGHT:     WEIGHT:     EMPLOYER:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

NOT SERVED:     DATE 03/11/08 9A

_____    02  RETURNED NOT FOUND MOVED      ✓  07  RNF NEVER HOME

_____    03  RNF NOT AT GIVEN ADDRESS    _____  08  RNF DEFENDANT DECEASED

_____    04  RNF NO LONGER EMPLOYED      _____  09  RNF OTHER

_____    05  RNF REFUSED TO OPEN DOOR    _____  10  ACTION SCHEDULED

_____    06  RNF COURT DATE RAN OUT      _____ __  OTHER

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

ATTEMPTS:
1)  DATE: 02/29/08     TIME: 8:02 A    NOTES: N/A (LEFT CARD)
2)  DATE: 03/04/08     TIME: 2:41 P    NOTES: N/A
3)  DATE: 03/10/08     TIME: 6:15 A    NOTES: N/A
4)  DATE: _____    TIME: _____   NOTES: _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

COMMENTS:

                                    MARK C. CURRAN, JR.
                                    SHERIFF OF LAKE COUNTY

                                    BY DEPUTY: Dep. J. Jay *465*

. . . . . . . . . . . . . . . . . . . . .
NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES:

MARK C. CURRAN, JR.

```
                    LAKE COUNTY SHERIFF
                     25 S. MLK JR. AVE
                    WAUKEGAN, IL  60085
                    PHONE: (847) 377-4400
```

DOCKET NUMBER    CASE NUMBER    ----------------- TITLE/DESC -------------------
  08F1003414      08C994        SWINNEY VS CITY OF WAUKEGAN

RECEIPT #: 08022801797S         DATE PAID: 02/28/08            TIME PAID: 15:05

AMOUNT PAID:      $39.00         PAYMENT TYPE: CK           RECEIVED BY: JMR

FEE DESC: SINGLE SERVICE                    ACCOUNT/CHECK NUMBER: 1783

```
                            THANK YOU
        --------------------------------------------------------
                          OFFICIAL RECEIPT
              THIS IS YOUR RECEIPT FOR THE ABOVE ITEMS
          ALL CLAIMS OR ADJUSTMENTS MUST BE MADE WITHIN 10 DAYS
```