AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾  
**DATE:** 25 MARCH 2008

**NAME OF SERVER (PRINT):** LEE W. LONG  
**TITLE:** PROCESS SERVER (115.002008)

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 4004 BLUESTEM CIR ZION, IL 60099

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: UNKNOWN / FEMALE / BLACK (TRACEY HAYNES)

☐ Returned unexecuted:

☐ Other (specify): CASE NO. 08C994

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 25 MAR 08  7:19 PM            # 115.002008
            Date          Signature of Server
                          LEE W. LONG

16958 DIXIE HWY  HAZELCREST IL 60429
Address of Server

STATE OF ILL
COUNTY OF COOK

Sworn to (or affirmed) and subscribed before me this 25th day of March 2008, by _____

Notary Public's Signature / Notary Name

**CLARA L. LONG**
**MY COMMISSION EXPIRES**
**JUNE 20, 2011**
NOTARY PUBLIC OFFICIAL SEAL STATE OF ILLINOIS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.