#2706962

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Denise Swinney, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 994 |
| | ) | |
| v. | ) | Judge: Joan B. Gottschall |
| | ) | |
| City of Waukegan, a Municipal Corporation,) | | Magistrate Judge: Michael T. Mason |
| And Officer Haynes #704 | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Service list.  See Exhibit "A"

PLEASE TAKE NOTICE that on April  2 , 2008, the undersigned filed, with the Clerk of the above court the following: **AFFIDAVIT OF SERVICE FOR OFFICER HAYNES # 704 (DELATWAN HAYNES).**


         /S/ Benjamin E. Starks
        BENJAMIN E. STARKS # 2706962


### ATTORNEY'S PROOF OF SERVICE

I, BENJAMIN E. STARKS, the attorney, state under oath that he caused a copy of the above document(s) to be mailed to the above-designated person(s) on or about April  2 , 2008. Parties able to receive electronic filing also receive a copy electronically.


         /S/ Benjamin E. Starks
        BENJAMIN E. STARKS # 2706962


**STARKS & BOYD, P.C.**
**Attorneys at Law**
**11528 S. Halsted,**
**Chicago, IL  60628**
**Ph#  (773) 995-7900**
**Fax#(773) 995-7921**

**SERVICE LIST**
**EXHIBIT "A"**

Attorney Anne Linn
C/O City Hall
100 Martin Luther King Jr. Drive
Waukegan, IL 60085

Attorney Daniel P. Field
209 W. Madison Street
Waukegan, IL 60085-4345