**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Denise Swinney,                             ) | |
|                Plaintiff,      ) | |
| vs.                                                 ) | Case No. 08 C 994 |
|                                     ) | |
| City of Waukegan, a Municipal Corporation, ) | |
| And Officer Haynes #704,                   ) | |
|                Defendants.   ) | |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Appearance of James T. Harrison** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 22nd day of April, 2008, using the CM/ECF system.

                Mr. Daniel P. Field
                Scariano, Himes and Petrarca
                209 West Madison Street
                Waukegan, IL 60085-4345

                Mr. Benjamin E. Starks
                Starks & Boyd, P.C.
                11528 South Halsted Street
                Chicago, IL 60628

                Carol B. Boyd
                Starks & Boyd, P.C.
                11528 South Halsted Street
                Chicago, IL 60628

                                          "s/James T. Harrison"
                                          Attorney for Defendant Haynes

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020