**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 994 |
|---|---|

Denise Swinney, Plaintiff
v.
City of Waukegan, a Municipal Corporation,
And Officer Haynes #704, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officer Haynes #704, Defendant

| |
|---|
| NAME (Type or print)<br>Jacqueline H. Lower |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jacqueline H. Lower |
| FIRM<br>Harrison Law Offices, P.C. |
| STREET ADDRESS<br>684 S. Eastwood Drive |
| CITY/STATE/ZIP<br>Woodstock |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6183962 | TELEPHONE NUMBER<br>(815) 338-7773 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |