UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Denise Swinney, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 08 C 994 |
| | ) | |
| City of Waukegan, a Municipal Corporation, | ) | |
| And Officer Haynes #704, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Appearance of Jacqueline H. Lower** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 22nd day of April, 2008, using the CM/ECF system.

      Mr. Daniel P. Field
      Scariano, Himes and Petrarca
      209 West Madison Street
      Waukegan, IL 60085-4345

      Mr. Benjamin E. Starks
      Starks & Boyd, P.C.
      11528 South Halsted Street
      Chicago, IL 60628

      Carol B. Boyd
      Starks & Boyd, P.C.
      11528 South Halsted Street
      Chicago, IL 60628

      "s/James T. Harrison"
      Attorney for Defendant Haynes

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020