UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Denise Swinney
                        Plaintiff,

v.                                             Case No.: 1:08–cv–00994
                                                     Honorable Joan B. Gottschall

City of Waukegan, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall: Status hearing held on 4/23/2008. Rule 26(a)(1) disclosures shall be exchanged by 5/14/2008. Defendants to answer or otherwise plead by 5/21/2008. Any and all technical defaults are vacated. ( Status hearing set for 6/25/2008 at 09:30 AM.)Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.