UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Denise Swinney, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 C 994 |
| ) | |
| City of Waukegan, a Municipal Corporation ) | Judge Gottschall |
| and Officer Haynes #704, ) | |
| ) | Magistrate Judge Mason |
| Defendants. ) | |

**NOTICE OF FILING**

TO:    Mr. Daniel P. Field
Scariano, Himes and Petrarca
209 West Madison Street
Waukegan, IL 60085-4345

Mr. Benjamin E. Starks
Carol B. Boyd
Starks & Boyd, P.C.
11528 South Halsted Street
Chicago, IL 60628

     PLEASE TAKE NOTICE that on May 21, 2008, I electronically filed with the Clerk of the U.S. District Court, Eastern Division, **Defendant Haynes's Answer to Complaint at Law**, in reference to the above-captioned case.

                        Respectfully submitted,

                        "s/James T. Harrison"
                        Attorney for Defendant Haynes

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020