**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Denise Swinney, | ) | |
|           Plaintiff, | ) | |
| vs. | ) | Case No. 08 C 994 |
| | ) | |
| City of Waukegan, a Municipal Corporation, | ) | |
| And Officer Haynes #704, | ) | |
|           Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Defendant Haynes's Answer to Complaint at Law** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 21st day of May, 2008, using the CM/ECF system.

                            Mr. Daniel P. Field
                            Scariano, Himes and Petrarca
                            209 West Madison Street
                            Waukegan, IL 60085-4345

                            Mr. Benjamin E. Starks
                            Carol B. Boyd
                            Starks & Boyd, P.C.
                            11528 South Halsted Street
                            Chicago, IL 60628


                            _____
                            James T. Harrison
                            Attorney for Defendant Haynes

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020