IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENISE SWINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 994 |
| ) | |
| CITY OF WAUKEGAN, a municpal ) | Judge Joan Gottschall |
| corporation and OFFICER HAYNES #704, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 27, 2008, I electronically filed the Answer of the City of Waukegan to Plaintiff's Complaint at Law with the Clerk of the District Court using the CM/ECF system which will send notification of such filing to the following:

    Benjamin E. Starks    starksboyd@sbcglobal.net

    James T. Harrison    jharrison@harrisonlawoffices.com

    Respectfully submitted,

    By:    s/Daniel P. Field

Daniel P. Field
SCARIANO, HIMES AND PETRARCA, CHTD.
209 West Madison Street
Waukegan, IL 60085-4345
847-662-5800
ARDC No. 00800597
dpfield1@gmail.com