#6206607

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Denise Swinney | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 994 |
| | ) | |
| v. | ) | |
| | ) | |
| City of Waukegan, a Municipal Corporation | ) | |
| & Officer Haynes # 704 | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Attorney Anne Linn,
       C/O City Hall
       100 Martin Luther King Jr. Drive
       Waukegan, IL 60085

PLEASE TAKE NOTICE that on February  20   , 2008, the undersigned filed, with the Clerk of the above court the following :  **APPEARANCE.**


            /S/ Carl B. Boyd
            CARL B. BOYD #6206607


**ATTORNEY'S PROOF OF SERVICE**

I, CARL B. BOYD, the attorney, states under oath that he caused a copy of the above document(s) to be mailed to the above designated person(s) on or about February   20   , 2008. Parties able to receive electronic filing also receive a copy electronically.


            /S/ Carl B. Boyd
            CARL B. BOYD  #6206607


**STARKS & BOYD, P.C.**
**Attorneys at Law**
**11528 S. Halsted,**
**Chicago, IL  60628**
**Ph#  (773) 995-7900**
**Fax#(773) 995-7921**