**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Denise Swinney
         Plaintiff,

v.                  Case No.: 1:08–cv–00994
                Honorable Joan B. Gottschall

City of Waukegan, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

  MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held and continued to 9/24/2008 at 9:30 A.M. Defendant Officer Haynes is directed to obtain counsel and counsel for Officer Haynes is required to appear at the next status hearing. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.