UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Denise Swinney, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  08 C 994 |
| | ) | |
| City of Waukegan, a Municipal Corporation and Officer Haynes #704, | ) ) | Judge Gottschall |
| | ) | Magistrate Judge Mason |
| Defendants. | ) | |

### MOTION FOR LEAVE TO WITHDRAW
### AS COUNSEL FOR DEFENDANT, OFFICER HAYNES #704

NOW COMES James T. Harrison, attorney, and hereby moves for leave to withdraw as counsel for Defendant, Officer Haynes #704, and in support of his motion, states as follows:

1. Attorney James T. Harrison ("Harrison") was retained by the insurance company, American Legal Services, Inc., to represent Defendant, Officer Haynes #704 ("Haynes"), in the above-referenced matter.

2. Since the time it initially retained Harrison to represent Haynes, the insurance company has determined that it is denying coverage of the claim. Accordingly, it will no longer pay for the defense of Haynes' claim.

3. Because he will not be paid for his services, Harrison seeks leave to withdraw as counsel for Haynes.

4. Notice of this *Motion for Leave to Withdraw as Counsel for Defendant, Officer Haynes #704* has been served on Haynes via certified mail (7006 3450 0001 5879

1

2

1848) to the Lake County Jail where he is currently confined and via United States Mail to his last known address at 4004 Bluestem Circle, Zion, IL 60099.

5. No prejudice will result to Defendant as discovery is open, and it is the start of the litigation.

WHEREFORE, Harrison prays this Honorable Court enter an order (1) granting counsel's motion for leave to withdraw his appearance as counsel for Defendant Haynes, (2) continuing the matter generally to allow adequate time for Haynes to retain new counsel, and (3) for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

"s/James T. Harrison"
James T. Harrison
Attorney at Law

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Fax: (815) 338-7738
Attorney No. 06207020