UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Denise Swinney, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  08 C 994 |
| ) | |
| City of Waukegan, a Municipal Corporation ) | Judge Gottschall |
| and Officer Haynes #704, ) | |
| ) | Magistrate Judge Mason |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:   Mr. Daniel P. Field
Scariano, Himes and Petrarca
209 West Madison Street
Waukegan, IL 60085-4345

Mr. Benjamin E. Starks
Starks & Boyd, P.C.
11528 South Halsted Street
Chicago, IL 60628

Carol B. Boyd
Starks & Boyd, P.C.
11528 South Halsted Street
Chicago, IL 60628

Delatwan A. Haynes
4004 Bluestem Circle
Zion, IL 60099
Via U.S. Mail

Delatwan A. Haynes
Lake County Jail
P.O. Box 38
Waukegan, IL 60079
Via certified mail (7006 3450 0001 5879 1848)

YOU ARE HEREBY NOTIFIED that on September 11th., 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall of the

1

United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2325, 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present **Motion for Leave to Withdraw as Counsel for Defendant, Officer Haynes #704**, a copy of which is hereby served upon you.

                                                                        Respectfully submitted,

                                                                         /s/ James T. Harrison

                                                                         Attorney at Law

James T. Harrison
Attorney at Law
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
(815) 338-7773
Atty. No. 06207020