UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Denise Swinney, | ) | |
|               Plaintiff, | ) | |
| vs. | ) | Case No. 08 C 994 |
| | ) | |
| City of Waukegan, a Municipal Corporation, | ) | |
| And Officer Haynes #704, | ) | |
|               Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Motion for Leave To Withdraw as Counsel for Defendant, Officer Haynes #704** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 11th day of August, 2008, using the CM/ECF system. The undersigned attorney hereby further states that a true and correct copy of the foregoing **Motion for Leave to Withdraw as Counsel for Defendant, Officer Haynes #704** was mailed in the City of Woodstock, Illinois, enclosed in an envelope plainly addressed to the Delatwan A. Haynes at the Lake County Jail, P.O. Box 38, Waukegan, IL. 60079 via certified mail (7006 3450 0001 5879 1848) with postage fully prepaid, on the 11th day of August, 2008, and was mailed in the City of Woodstock, Illinois, enclosed in an envelope plainly addressed to Delatwan A. Haynes at 4004 Bluestem Circle, Zion, IL. 60099 via U.S. mail with postage fully prepaid, on the 11th day of August, 2008.

                                        Mr. Daniel P. Field
                                        Scariano, Himes and Petrarca
                                        209 West Madison Street
                                        Waukegan, IL 60085-4345

                                        Mr. Benjamin E. Starks
                                        Starks & Boyd, P.C.
                                        11528 South Halsted Street
                                        Chicago, IL 60628

                                        Carol B. Boyd
                                        Starks & Boyd, P.C.
                                        11528 South Halsted Street
                                        Chicago, IL 60628

        Delatwan A. Haynes
        4004 Bluestem Circle
        Zion, IL 60099
        Via U.S. Mail

        Delatwan A. Haynes
        Lake County Jail
        P.O. Box 38
        Waukegan, IL 60079
        Via certified mail (7006 3450 0001 5879 1848)

        "s/James T. Harrison"
        Attorney for Defendant Haynes

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020